**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

─────────────

**No. 02-7679**

─────────────

SHATEEK AMIN BILAL,

                                     Plaintiff - Appellant,

          versus

DAVID CARROLL; THOMAS AKER; DENNIS VANBUREN;
ALBERT PRADO; WILLIAM WESLEY; TONY JONES;
CORRECTIONAL OFFICER CHAPPELL; CORRECTIONAL
INSTITUTION DUNKLEY,

                                     Defendants - Appellees.

─────────────

Appeal from the United States District Court for the Eastern
District of North Carolina, at Raleigh.  Terrence W. Boyle, Chief
District Judge.  (CA-02-287-5-BO)

─────────────

Submitted:  January 16, 2003          Decided:  January 27, 2003

─────────────

Before WILLIAMS, KING, and GREGORY, Circuit Judges.

─────────────

Affirmed by unpublished per curiam opinion.

─────────────

Shateek Amin Bilal, Appellant Pro Se.  Mary S. Mercer, Assistant
Attorney General, Raleigh, North Carolina, for Appellees.

─────────────

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Shateek Amin Bilal appeals the district court's order dismissing his 42 U.S.C. § 1983 (2000) complaint without prejudice for failure to exhaust administrative remedies. We have reviewed the record and find no reversible error. Accordingly, we affirm on the reasoning of the district court. See Bilal v. Carroll, No. CA-02-287-5-BO (E.D.N.C. Oct. 22, 2002). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED